RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA

2008 MAY 15  P 4:16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR1573-DMS |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Elsa Valenzuela-Arellano ) | |
| Defendant(s) et al ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Salvador Avila-Gutierrez

DATED: 5/15/08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                  ☆ U.S. GPO: 2003-581-774/70082