FILED

MAY 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **08CR1573-DMS** |
| | ) | |
| Plaintiff, | ) | **CONSENT TO RULE 11 PLEA IN A** |
| | ) | **FELONY CASE BEFORE UNITED** |
| v. | ) | **STATES MAGISTRATE JUDGE** |
| | ) | |
| **NICK RAMOS-RODRIGUEZ (3),** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I further understand that any objections to the Magistrate

1    Judge's findings and recommendation must be filed within 14 days

2    of the entry of my guilty plea.

3

4

5    Dated: MAY 29, 2008

6                                         NICK RAMOS-RODRIGUEZ (3)
                                          Defendant

7

8

9    Dated: MAY 29, 2008

10                                        ROBERT E. BOYCE, CJA.
                                          Attorney for Defendant

11

12        The United States Attorney consents to have the plea in this

13    case taken by a United States Magistrate Judge pursuant to

14    Criminal Local Rule 11.2.

15

16

17   Dated: MAY 29, 2008

18                                        DOUGLAS KEEHN
                                          Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28