| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | DAVID L. KATZ |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 141295 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5226/Fax: (619) 235-2757 |
|   | David.Katz@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1573-DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| VALENZUELA-ARELLANO et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u>

6  None

7  Please call me if you have any questions about this notice.

8  DATED:  June 20, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David L. Katz

_____
DAVID L. KATZ
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, ) | Case No. 08CR1573-DMS |
| 4 | Plaintiff, ) ) | |
| 5 | v. ) ) | CERTIFICATE OF SERVICE |
| | VALENZUELA-ARELLANO et al., ) | |
| 6 | ) | |
| 7 | Defendant. ) _____) | |

8  IT IS HEREBY CERTIFIED THAT:

9  I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My

10 business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11 I am not a party to the above-entitled action. I have caused service of Notice of Appearance

12 on the following parties by electronically filing the foregoing with the Clerk of the District Court

13 using its ECF System, which electronically notifies them.

14 **1. Charles Adair, adair.c@sbcglobal.net**

15 **2. Michael Berg, msberg@attglobal.net**

16 **3. Alan Ferguson, aefergie@bigfoot.com**

17 **4. Donald Levine, Lawmanll@juno.com**

18 I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

19 Service, to the following non-ECF participants on this case:

20 **1. None**

21 the last known address, at which place there is delivery service of mail from the United States

22 Postal Service.

23 I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on June 20, 2008

25                                                   s/ David L. Katz
                                                  DAVID L. KATZ

26

27

28 Notice of Appearance
United States v. Valenzuela-Arellano         3                   08CR1573-DMS